No. 833.   PIERCE *v.* UNITED STATES.   April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   MR. JUSTICE BLACK

took no part in the consideration or decision of this application. *Mr. L. E. Gwinn* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.